Kirk A. Ehlis
Menke Jackson Beyer, LLP
807 North 39th Avenue
Yakima, Washington 98902
(509) 575-0313

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WASHINGTON

JON HUDNALL and SHEILA HUDNALL on behalf of minor child J.H. )
)
)
Plaintiff, )
)
vs. )
)
)
CITY OF PASCO, PASCO POLICE )
DEPARTMENT, PASCO POLICE )
DEPARTMENT CHIEF KEN ROSKE, )
individually and in his professional )
capacity, PASCO POLICE )
DEPARTMENT SCHOOL RESOURCE )
OFFICER CURTIS KING, individually )
and in his professional capacity, PASCO )
POLICE DEPARTMENT OFFICER )
JEFFREY COBB,  individually and in his )
professional capacity, PASCO POLICE )
DEPARTMENT  SERGEANT RIGO )
PRUNEDA, individually and in his )
professional capacity, PASCO SCHOOL )
DISTRICT # 1, CHIAWANA HIGH )
SCHOOL, CHIAWANA HIGH SCHOOL )
ASSISTANT PRINCIPAL BRYAN )
MEREDITH, individually and in his )
original capacity, CHIAWANA HIGH )
SCHOOL ASSISTANT PRINCIPAL )
TONY RUBALCAVA, individually and in )
his original capacity, )
Defendants )

**NO. 4:23-CV-05168 TOR**

**ORDER ADOPTING STIPULATION FOR ORDER OF DISMISSAL WITH PREJUDICE**

**(PROPOSED)**

**ORDER ADOPTING STIPULATION FOR ORDER OF DISMISSAL - 1 (PROPOSED)**

The above entitled matter having come before the Court upon the stipulation of counsel for the Plaintiffs and counsel for City of Pasco, Ken Roske, Curtis King, Jeffrey Cobb and Rigo Pruneda (collectively "City Defendants"), and it appearing to the Court that dismissal with prejudice is appropriate pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) as to the City Defendants, and the Court being fully advised in the premises, now, therefore,

IT IS HEREBY ORDERED that the above entitled action shall be and the same is hereby dismissed with prejudice as to the City of Pasco, Pasco Police Department, Ken Roske, Curtis King, Jeffrey Cobb and Rigo Pruneda.

DATED this ___ day of _____, 2025.


_____
THOMAS O. RICE
United States District Judge

**ORDER ADOPTING STIPULATION FOR ORDER OF DISMISSAL - 2 (PROPOSED)**

**MENKE JACKSON BEYER, LLP**
807 North 39th Avenue
Yakima, WA  98902
Telephone (509)575-0313
Fax (509)575-0351

## CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2025, I electronically served the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Douglas D. Phelps, WSBA # 22620
phelps@phelpslaw1.com

Jason K. MacKay, WSBA #40726
jmackay@stevensclay.org

Holli L. Higgins, WSBA #57741
hhiggins@stevensclay.org

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

None

> s/KIRK A. EHLIS (WSBA #22908)
> Attorneys for City Defendants
> Menke Jackson Beyer, LLP
> 807 North 39th Avenue
> Yakima, Washington 98902
> Telephone: (509) 575-0313
> Fax: (509) 575-0351
> Email: kehlis@mjbe.com

**ORDER ADOPTING STIPULATION FOR ORDER OF DISMISSAL - 3 (PROPOSED)**

MENKE JACKSON BEYER, LLP
807 North 39th Avenue
Yakima, WA 98902
Telephone (509)575-0313
Fax (509)575-0351