FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 06, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JON HUDNALL and SHEILA HUDNALL on behalf of minor child J.H., <br><br> Plaintiff, <br><br> v. <br><br> CITY OF PASCO, PASCO POLICE DEPARTMENT, PASCO POLICE DEPARTMENT CHIEF KEN ROSKE, individually and in his professional capacity, PASCO POLICE DEPARTMENT SCHOOL RESOURCE OFFICER CURTIS KING, individually and in his professional capacity, PASCO POLICE DEPARTMENT OFFICER JEFFREY COBB, individually and in his professional capacity, PASCO POLICE DEPARTMENT SERGEANT RIGO PRUNEDA, individually and in his professional capacity, PASCO SCHOOL DISTRICT #1, individually and in his original capacity, CHIAWANA HIGH SCHOOL ASSISTANT PRINCIPAL BRYAN MEREDITH, individually and in his original capacity, CHIAWANA HIGH | NO. 4:23-CV-5168-TOR <br><br> ORDER OF DISMISSAL WITH PREJUDICE |

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

| | |
|---|---|
| SCHOOL ASSISTANT PRINCIPAL TONY RUBALCAVA, individually and in his original capacity,<br><br>Defendants. | |

BEFORE THE COURT is the parties' Stipulated Motion to Dismiss (ECF No. 37). Pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate to an order of dismissal with prejudice as to the following Defendants: City of Pasco, City of Pasco Police Department, Ken Roske, Curtis King, Jeffrey Cobb and Rigo Pruneda.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. The Stipulated Motion to Dismiss (ECF No. 37) is **GRANTED**.

2. Plaintiffs' claims against City of Pasco, City of Pasco Police Department, Ken Roske, Curtis King, Jeffrey Cobb and Rigo Pruneda are **DISMISSED WITH PREJUDICE**. City of Pasco, City of Pasco Police Department, Ken Roske, Curtis King, Jeffrey Cobb and Rigo Pruneda are terminated from this case.

The District Court Executive is directed to enter this Order and furnish copies to counsel. The file remains **OPEN**.

DATED **June 6, 2025.**



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2