FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 06, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JON HUDNALL and SHEILA HUDNALL on behalf of minor child J.H.,<br><br>                Plaintiff,<br><br>v.<br><br>PASCO SCHOOL DISTRICT #1, CHIAWANA HIGH SCHOOL ASSISTANT PRINCIPAL BRYAN MEREDITH, individually and in his original capacity, and CHIAWANA HIGH SCHOOL ASSISTANT PRINCIPAL TONY RUBALCAVA, individually and in his original capacity,<br><br>                Defendants. | NO. 4:23-CV-5168-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulated Motion to Dismiss (ECF No. 36). Pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate to an order of dismissal with prejudice as to the following Defendants: Pasco School District #1, Chiawana High School Assistant Principal

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

Bryan Meredith, and Chiawana High School Assistant Principal Tony Rubalcava.

No more Defendants remain therefore the case is dismissed.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. The Stipulated Motion to Dismiss (ECF No. 36) is **GRANTED**.

2. Plaintiffs' claims against Pasco School District #1, Chiawana High School Assistant Principal Bryan Meredith, and Chiawana High School Assistant Principal Tony Rubalcava are **DISMISSED WITH PREJUDICE**. Pasco School District #1, Chiawana High School Assistant Principal Bryan Meredith, and Chiawana High School Assistant Principal Tony Rubalcava are terminated from this case.

The District Court Executive is directed to enter this Order, and Judgment accordingly, furnish copies to counsel and **CLOSE** the file.

DATED **June 6, 2025.**



THOMAS O. RICE
United States District Judge