AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 06, 2025

SEAN F. McAVOY, CLERK

JON HUDNALL and SHEILA HUDNALL on behalf of minor child J.H.,

*Plaintiff*

v.

PASCO SCHOOL DISTRICT #1, CHIAWANA HIGH SCHOOL ASSISTANT PRINCIPAL BRYAN MEREDITH, individually and in his original capacity, and CHIAWANA HIGH SCHOOL ASSISTANT PRINCIPAL TONY RUBALCAVA, individually and in his original capacity,

*Defendant*

Civil Action No. 4:23-CV-5168-TOR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ recover from the **defendant** *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ **other:** The Stipulated Motion to Dismiss (ECF No. 36) is GRANTED.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Thomas O. Rice

Date: June 6th, 2025

CLERK OF COURT

SEAN F. McAVOY

s/ Sara Gore
*(By) Deputy Clerk*
Sara Gore